**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LEONARD, TAMARA LEE | § | Case No. 11-10655 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/30/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/09/2011       By: /s/BRADLEY J. WALLER
                                   Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LEONARD, TAMARA LEE § Case No. 11-10655
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,000.00 |
| *and approved disbursements of* | $ 5.27 |
| *leaving a balance on hand of* [1] | $ 6,994.73 |
| **Balance on hand:** | $ 6,994.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,994.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,450.00 | 0.00 | 1,450.00 |
| Trustee, Expenses - BRADLEY J. WALLER | 106.80 | 0.00 | 106.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,556.80 |
| Remaining balance: | $ 5,437.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,437.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,437.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,360.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | 3,007.90 | 0.00 | 222.96 |
| 2 | Archer Bank | 8,570.79 | 0.00 | 635.32 |
| 3 | American InfoSource LP as agent for WFNNB | 591.19 | 0.00 | 43.82 |
| 4 | American InfoSource LP as agent for WFNNB | 1,252.66 | 0.00 | 92.86 |
| 5 | American InfoSource LP as agent for WFNNB | 1,732.98 | 0.00 | 128.46 |
| 6 | Chase Bank USA, N.A. | 1,645.19 | 0.00 | 121.95 |
| 7 | Capital One,N.A | 3,384.16 | 0.00 | 250.86 |
| 8 | TARGET NATIONAL BANK | 8,052.11 | 0.00 | 596.87 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | American Express Bank, FSB | 13,699.69 | 0.00 | 1,008.09 |
| 10 | Sallie Mae | 906.88 | 0.00 | 67.22 |
| 11 | Discover Bank | 11,963.24 | 0.00 | 886.79 |
| 12 | Capital Recovery III LLC | 577.40 | 0.00 | 42.80 |
| 13 | GE Money Bank | 802.08 | 0.00 | 59.46 |
| 14 | GE Money Bank | 2,141.63 | 0.00 | 158.75 |
| 15 | GE Money Bank | 10,251.30 | 0.00 | 759.89 |
| 16 | GE Money Bank | 1,075.80 | 0.00 | 79.75 |
| 17 | GE Money Bank | 3,805.36 | 0.00 | 282.08 |

Total to be paid for timely general unsecured claims:     $     5,437.93
Remaining balance:                                        $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:                                       $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:                        $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-10655-BWB
Tamara Lee Leonard                                                  Chapter 7
     Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: lrafacz          Page 1 of 2           Date Rcvd: Mar 16, 2011
                              Form ID: b9a           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2011.
```
db        +Tamara Lee Leonard,    19802 Hacker Street,    Mokena, IL 60448-1636
aty       +John A Reed,    John A Reed Ltd,    63 W Jefferson St    #200,    Joliet, IL 60432-4335
tr        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
           Sycamore, IL 60178-3140
16961024  +Archer Bank,    f/n/a Allegiance Community Bank,    4970 S Archer Avenue,    Chicago, IL 60632-3623
16961025  +Bernadette S. Leonard,    2700 E Lincoln Highway,    New Lenox, IL 60451-9527
16961026   Charter One,    1215 Superior Avenue,    Cleveland, OH 44114-3299
16961028  +Citibank - Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
16961031  +Citizens Auto Finance,    480 Jefferson Blvd,    Warwick, RI 02886-1359
16961032  +Collection Systems Inc.,    8 South Michigan Suite 618,    Chicago, IL 60603-3469
16961034  +Don Cantelo,    19219 Revere,    Mokena, IL 60448-1905
16961035  +E J Dal Bello,    Benefic First United Bank Tr 2086,    682 Brookside Lane,
           Frankfort, IL 60423-1247
16961036  +GC Services Limited,    6330 Gulfton,    Houston, TX 77081-1198
16961038  +GEMoney Bank/Old Navy,    P.O. Box 981400,    El Paso, TX 79998-1400
16961039  +GEMoney Bank/Sams Club,    P.O. Box 981400,    El Paso, TX 79998-1400
16961044   HSBS Business Solutions,    PO Box 5239,    Carol Stream, IL 60197-5239
16961046  +Kolodziej, Eisen & Fey,    10061 W Lincoln Highway,    Frankfort, IL 60423-1272
16961049  +Martin & Karcazes, Ltd.,    161 N Clark Street # 550,    Chicago, IL 60601-3376
16961050   Medical Business Bureau LLC,    PO Box 1219,    Park Ridge, IL 60068-7219
16961053  +Old Plank Trail Bank,    280 Veterans Parkway,    New Lenox, IL 60451-2408
16961054  +Robert D. Leonard,    19802 S Hacker,    Mokena, IL 60448-1636
16961055  +SAFF Properties,    11104 Front Street,    Mokena, IL 60448-1574
16961056  +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
16961057   Speedway/Superamerica,    3460 Blazer Pkwy,    Lexington, KY 40509
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16961023  +EDI: AMEREXPR.COM Mar 16 2011 22:43:00     American Express,    P.O. Box 360001,
           Ft Lauderdale, FL 33336-0001
16961027   EDI: CHASE.COM Mar 16 2011 22:43:00     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16961030   EDI: CITICORP.COM Mar 16 2011 22:43:00     CitiBusiness,    PO Box 688901,
           Des Moines, IA 50368-8901
16961029  +EDI: CITICORP.COM Mar 16 2011 22:43:00     Citibank/Children's Place,    Po Box 6497,
           Sioux Falls, SD 57117-6497
16961033   EDI: DISCOVER.COM Mar 16 2011 22:43:00     Discover Card Services,    P.O. Box 15192,
           Wilmington, DE 19850
16961037  +EDI: RMSC.COM Mar 16 2011 22:43:00     GEMoney Bank/JC Penney,    P.O. Box 981131,
           El Paso, TX 79998-1131
16961040  +EDI: RMSC.COM Mar 16 2011 22:43:00     GEMoney Bank/Walmart,    P.O. Box 981400,
           El Paso, TX 79998-1400
16961041  +EDI: RMSC.COM Mar 16 2011 22:43:00     GEMoneyBank/Kirklands,    P.O. Box 981400,
           El Paso, TX 79998-1400
16961043   EDI: HFC.COM Mar 16 2011 22:43:00     HSBC/Best Buy,    P.O. Box 15519,    Wilmington, DE 19850
16961042   EDI: HFC.COM Mar 16 2011 22:43:00     HSBC Retail Services,    PO Box 15521,
           Wilmington, DE 19850-5521
16961045  +EDI: CBSKOHLS.COM Mar 16 2011 22:43:00     Kohl's Credit/Recovery,    P.O. Box 3004,
           Milwaukee, WI 53201-3004
16961047  +EDI: RESURGENT.COM Mar 16 2011 22:43:00     Lvnv Funding,    P.O. Box  10584,
           Greenville, SC 29603-0584
16961048   EDI: TSYS2.COM Mar 16 2011 22:43:00     Macys,    PO Box 689195,    Des Moines, IA 50368-9195
16961051   E-mail/Text: bnc@nordstrom.com Mar 16 2011 22:56:00      Nordstrom FSB,    Po Box 6566,
           Englewood, CO 80155-6566
16961052  +EDI: CITICORP.COM Mar 16 2011 22:43:00     Office Depot,    PO Box 689020,
           Des Moines, IA 50368-9020
16961056  +EDI: SALMAESERVICING.COM Mar 16 2011 22:43:00     Sallie Mae,    Po Box 9500,
           Wilkes Barre, PA 18773-9500
16961058   EDI: CITICORP.COM Mar 16 2011 22:43:00     Staples,    PO Box 689020,    Des Moines, IA 50368-9020
16961059  +EDI: WTRRNBANK.COM Mar 16 2011 22:43:00     Target,    P.O. Box 1327,    Minneapolis, MN 55440-1327
16961060   EDI: WFNNB.COM Mar 16 2011 22:43:00     WFNNB - Victoria's Secret,    PO Box 182125,
           Bankruptcy Department,    Columbus, OH 43218-2125
16961061  +EDI: WFNNB.COM Mar 16 2011 22:43:00     WFNNB/Ann Taylor,    Po Box 182273,
           Columbus, OH 43218-2273
16961062  +EDI: WFNNB.COM Mar 16 2011 22:43:00     WFNNB/Dress Barn,    Po Box 182273,
           Columbus, OH 43218-2273
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.