UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: LEONARD, TAMARA LEE | § | Case No. 11-10655 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/30/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/09/2011     By: /s/BRADLEY J. WALLER
                                                                                     Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LEONARD, TAMARA LEE § Case No. 11-10655
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,000.00 |
| *and approved disbursements of* | $ 5.27 |
| *leaving a balance on hand of* [1] | $ 6,994.73 |
| **Balance on hand:** | $ 6,994.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,994.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,450.00 | 0.00 | 1,450.00 |
| Trustee, Expenses - BRADLEY J. WALLER | 106.80 | 0.00 | 106.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,556.80 |
| Remaining balance: | $ 5,437.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,437.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,437.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,360.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | 3,007.90 | 0.00 | 222.96 |
| 2 | Archer Bank | 8,570.79 | 0.00 | 635.32 |
| 3 | American InfoSource LP as agent for WFNNB | 591.19 | 0.00 | 43.82 |
| 4 | American InfoSource LP as agent for WFNNB | 1,252.66 | 0.00 | 92.86 |
| 5 | American InfoSource LP as agent for WFNNB | 1,732.98 | 0.00 | 128.46 |
| 6 | Chase Bank USA, N.A. | 1,645.19 | 0.00 | 121.95 |
| 7 | Capital One,N.A | 3,384.16 | 0.00 | 250.86 |
| 8 | TARGET NATIONAL BANK | 8,052.11 | 0.00 | 596.87 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9 | American Express Bank FSB | 13,609.59 | 0.00 | 1,008.09 |
| 10 | Sallie Mae | 906.88 | 0.00 | 67.22 |
| 11 | Discover Bank | 11,963.24 | 0.00 | 886.79 |
| 12 | Capital Recovery III LLC | 577.40 | 0.00 | 42.80 |
| 13 | GE Money Bank | 802.08 | 0.00 | 59.46 |
| 14 | GE Money Bank | 2,141.63 | 0.00 | 158.75 |
| 15 | GE Money Bank | 10,251.30 | 0.00 | 759.89 |
| 16 | GE Money Bank | 1,075.80 | 0.00 | 79.75 |
| 17 | GE Money Bank | 3,805.36 | 0.00 | 282.08 |

Total to be paid for timely general unsecured claims: $ 5,437.93
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/BRADLEY J. WALLER

Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 11-10655-BWB
Tamara Lee Leonard                                                       Chapter 7
    Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: lrafacz           Page 1 of 2           Date Rcvd: Mar 16, 2011
                              Form ID: b9a            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2011.
db         +Tamara Lee Leonard,   19802 Hacker Street,   Mokena, IL 60448-1636
aty        +John A Reed,   John A Reed Ltd,   63 W Jefferson St   #200,   Joliet, IL 60432-4335
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
16961024   +Archer Bank,   f/n/a Allegiance Community Bank,   4970 S Archer Avenue,   Chicago, IL 60632-3623
16961025   +Bernadette S. Leonard,   2700 E Lincoln Highway,   New Lenox, IL 60451-9527
16961026    Charter One,   1215 Superior Avenue,   Cleveland, OH 44114-3299
16961028   +Citibank - Sears,   P.O. Box 6286,   Sioux Falls, SD 57117-6286
16961031   +Citizens Auto Finance,   480 Jefferson Blvd,   Warwick, RI 02886-1359
16961032   +Collection Systems Inc.,   8 South Michigan Suite 618,   Chicago, IL 60603-3469
16961034   +Don Cantelo,   19219 Revere,   Mokena, IL 60448-1905
16961035   +E J Dal Bello,   Benefic First United Bank Tr 2086,   682 Brookside Lane,
             Frankfort, IL 60423-1247
16961036   +GC Services Limited,   6330 Gulfton,   Houston, TX 77081-1198
16961038   +GEMoney Bank/Old Navy,   P.O. Box 981400,   El Paso, TX 79998-1400
16961039   +GEMoney Bank/Sams Club,   P.O. Box 981400,   El Paso, TX 79998-1400
16961044    HSBS Business Solutions,   PO Box 5239,   Carol Stream, IL 60197-5239
16961046   +Kolodziej, Eisen & Fey,   10061 W Lincoln Highway,   Frankfort, IL 60423-1272
16961049   +Martin & Karcazes, Ltd.,   161 N Clark Street # 550,   Chicago, IL 60601-3376
16961050    Medical Business Bureau LLC,   PO Box 1219,   Park Ridge, IL 60068-7219
16961053   +Old Plank Trail Bank,   280 Veterans Parkway,   New Lenox, IL 60451-2408
16961054   +Robert D. Leonard,   19802 S Hacker,   Mokena, IL 60448-1636
16961055   +SAFF Properties,   11104 Front Street,   Mokena, IL 60448-1574
16961056   +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
16961057    Speedway/Superamerica,   3460 Blazer Pkwy,   Lexington, KY 40509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16961023   +EDI: AMEREXPR.COM Mar 16 2011 22:43:00    American Express,   P.O. Box 360001,
             Ft Lauderdale, FL 33336-0001
16961027    EDI: CHASE.COM Mar 16 2011 22:43:00    Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
16961030    EDI: CITICORP.COM Mar 16 2011 22:43:00    CitiBusiness,   PO Box 688901,
             Des Moines, IA 50368-8901
16961029   +EDI: CITICORP.COM Mar 16 2011 22:43:00    Citibank/Children's Place,   Po Box 6497,
             Sioux Falls, SD 57117-6497
16961033    EDI: DISCOVER.COM Mar 16 2011 22:43:00    Discover Card Services,   P.O. Box 15192,
             Wilmington, DE 19850
16961037   +EDI: RMSC.COM Mar 16 2011 22:43:00    GEMoney Bank/JC Penney,   P.O. Box 981131,
             El Paso, TX 79998-1131
16961040   +EDI: RMSC.COM Mar 16 2011 22:43:00    GEMoney Bank/Walmart,   P.O. Box 981400,
             El Paso, TX 79998-1400
16961041   +EDI: RMSC.COM Mar 16 2011 22:43:00    GEMoneyBank/Kirklands,   P.O. Box 981400,
             El Paso, TX 79998-1400
16961043    EDI: HFC.COM Mar 16 2011 22:43:00    HSBC/Best Buy,   P.O. Box 15519,   Wilmington, DE 19850
16961042    EDI: HFC.COM Mar 16 2011 22:43:00    HSBC Retail Services,   PO Box 15521,
             Wilmington, DE 19850-5521
16961045   +EDI: CBSKOHLS.COM Mar 16 2011 22:43:00    Kohl's Credit/Recovery,   P.O. Box 3004,
             Milwaukee, WI 53201-3004
16961047   +EDI: RESURGENT.COM Mar 16 2011 22:43:00    Lvnv Funding,   P.O. Box  10584,
             Greenville, SC 29603-0584
16961048    EDI: TSYS2.COM Mar 16 2011 22:43:00    Macys,   PO Box 689195,   Des Moines, IA 50368-9195
16961051    E-mail/Text: bnc@nordstrom.com Mar 16 2011 22:56:00    Nordstrom FSB,   Po Box 6566,
             Englewood, CO 80155-6566
16961052   +EDI: CITICORP.COM Mar 16 2011 22:43:00    Office Depot,   PO Box 689020,
             Des Moines, IA 50368-9020
16961056   +EDI: SALMAESERVICING.COM Mar 16 2011 22:43:00    Sallie Mae,   Po Box 9500,
             Wilkes Barre, PA 18773-9500
16961058    EDI: CITICORP.COM Mar 16 2011 22:43:00    Staples,   PO Box 689020,   Des Moines, IA 50368-9020
16961059   +EDI: WTRRNBANK.COM Mar 16 2011 22:43:00    Target,   P.O. Box 1327,   Minneapolis, MN 55440-1327
16961060    EDI: WFNNB.COM Mar 16 2011 22:43:00    WFNNB - Victoria's Secret,   PO Box 182125,
             Bankruptcy Department,   Columbus, OH 43218-2125
16961061   +EDI: WFNNB.COM Mar 16 2011 22:43:00    WFNNB/Ann Taylor,   Po Box 182273,
             Columbus, OH 43218-2273
16961062   +EDI: WFNNB.COM Mar 16 2011 22:43:00    WFNNB/Dress Barn,   Po Box 182273,
             Columbus, OH 43218-2273
                                                                                              TOTAL: 21

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 11-10655-BWB
Tamara Lee Leonard                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: csimmons    Page 1 of 2    Date Rcvd: Sep 07, 2011
                        Form ID: pdf006   Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2011.
```
db          +Tamara Lee Leonard,    19802 Hacker Street,    Mokena, IL 60448-1636
aty         +John A Reed,    John A Reed Ltd,    63 W Jefferson St   #200,    Joliet, IL 60432-4335
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
16961023    +American Express,    P.O. Box 360001,    Ft Lauderdale, FL 33336-0001
17307525     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16961024    +Archer Bank,    Martin & Karcazes Ltd,    161 N Clark St #550,    Chicago, IL 60601-3376
16961025    +Bernadette S. Leonard,    2700 E Lincoln Highway,    New Lenox, IL 60451-9527
17241568    +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16961026     Charter One,    1215 Superior Avenue,    Cleveland, OH 44114-3299
16961027     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
17235667     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16961030     CitiBusiness,    PO Box 688901,    Des Moines, IA 50368-8901
16961028    +Citibank - Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
16961029    +Citibank/Children's Place,    Po Box 6497,    Sioux Falls, SD 57117-6497
16961031    +Citizens Auto Finance,    480 Jefferson Blvd,    Warwick, RI 02886-1359
16961032    +Collection Systems Inc.,    8 South Michigan Suite 618,    Chicago, IL 60603-3469
16961034    +Don Cantelo,    19219 Revere,    Mokena, IL 60448-1905
16961035    +E J Dal Bello,    Benefic First United Bank Tr 2086,    682 Brookside Lane,
              Frankfort, IL 60423-1247
16961036    +GC Services Limited,    6330 Gulfton,    Houston, TX 77081-1198
16961038    +GEMoney Bank/Old Navy,    P.O. Box 981400,    El Paso, TX 79998-1400
16961039    +GEMoney Bank/Sams Club,    P.O. Box 981400,    El Paso, TX 79998-1400
16961043   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/Best Buy,    P.O. Box 15519,    Wilmington, DE 19850)
16961044     HSBS Business Solutions,    PO Box 5239,    Carol Stream, IL 60197-5239
16961046    +Kolodziej, Eisen & Fey,    10061 W Lincoln Highway,    Frankfort, IL 60423-1272
16961048     Macys,    PO Box 689195,    Des Moines, IA 50368-9195
16961049    +Martin & Karcazes, Ltd.,    161 N Clark Street # 550,    Chicago, IL 60601-3376
16961050     Medical Business Bureau LLC,    PO Box 1219,    Park Ridge, IL 60068-7219
16961052    +Office Depot,    PO Box 689020,    Des Moines, IA 50368-9020
16961053    +Old Plank Trail Bank,    280 Veterans Parkway,    New Lenox, IL 60451-2408
16961054    +Robert D. Leonard,    19802 S Hacker,    Mokena, IL 60448-1636
16961055    +SAFF Properties,    11104 Front Street,    Mokena, IL 60448-1574
16961057     Speedway/Superamerica,    3460 Blazer Pkwy,    Lexington, KY 40509
16961058     Staples,    PO Box 689020,    Des Moines, IA 50368-9020
17259663    +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
16961059    +Target,    P.O. Box 1327,    Minneapolis, MN 55440-1327
16961060     WFNNB - Victoria's Secret,    PO Box 182125,    Bankruptcy Department,    Columbus, OH 43218-2125
16961061    +WFNNB/Ann Taylor,    Po Box 182273,    Columbus, OH 43218-2273
16961062    +WFNNB/Dress Barn,    Po Box 182273,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17156629     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2011 04:41:34
              American InfoSource LP as agent for WFNNB,    as assignee of,    Ann Taylor,    PO Box 248872,
              Oklahoma City, OK   73124-8872
17156630     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2011 04:41:34
              American InfoSource LP as agent for WFNNB,    as assignee of,    Dress Barn,    PO Box 248872,
              Oklahoma City, OK   73124-8872
17156628     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2011 04:41:34
              American InfoSource LP as agent for WFNNB,    as assignee of,    Victoria's Secret,
              PO Box 248872,    Oklahoma City, OK   73124-8872
17484585     E-mail/PDF: rmscedi@recoverycorp.com Sep 08 2011 04:52:19    Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16961033     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 08 2011 04:51:50    Discover Card Services,
              P.O. Box 15192,    Wilmington, DE 19850
17388224     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 08 2011 04:51:50    Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
17504287     E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2011 04:04:25    GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16961037    +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2011 04:04:25    GEMoney Bank/JC Penney,
              P.O. Box 981131,    El Paso, TX 79998-1131
16961040    +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2011 04:04:25    GEMoney Bank/Walmart,
              P.O. Box 981400,    El Paso, TX 79998-1400
16961041    +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2011 04:04:24    GEMoneyBank/Kirklands,
              P.O. Box 981400,    El Paso, TX 79998-1400
16961045    +E-mail/PDF: cr-bankruptcy@kohls.com Sep 08 2011 04:04:44    Kohl's Credit/Recovery,
              P.O. Box 3004,    Milwaukee, WI 53201-3004
16961047    +E-mail/Text: resurgentbknotifications@resurgent.com Sep 08 2011 02:12:47    Lvnv Funding,
              P.O. Box  10584,    Greenville, SC 29603-0584
16961051     E-mail/Text: bnc@nordstrom.com Sep 08 2011 02:14:18    Nordstrom FSB,    Po Box 6566,
              Englewood, CO 80155-6566
```

```
District/off: 0752-1             User: csimmons                  Page 2 of 2                   Date Rcvd: Sep 07, 2011
                                 Form ID: pdf006                 Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
16961056     +E-mail/PDF: pa_dc_claims@salliemae.com Sep 08 2011 04:52:33      Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
17365775     +E-mail/PDF: pa_dc_claims@salliemae.com Sep 08 2011 04:40:15      Sallie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
17152639*    +Nordstrom fsb,    P.O. Box 6566,    Englewood, CO 80155-6566
16961042    ##HSBC Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2011**                           **Signature:**         *Joseph Speetjens*