**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: LEONARD, TAMARA LEE                                  Case No. 11-10655
_____,           Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $126,587.50              Assets Exempt: $20,775.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,437.93     Claims Discharged
                                               Without Payment: $67,922.43

Total Expenses of Administration: $1,562.07

3) Total gross receipts of $ 7,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,562.07 | 1,562.07 | 1,562.07 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 73,360.36 | 73,360.36 | 5,437.93 |
| **TOTAL DISBURSEMENTS** | $0.00 | $74,922.43 | $74,922.43 | $7,000.00 |

    4) This case was originally filed under Chapter 7 on March 15, 2011. The case was pending for 8 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2011          By: /s/BRADLEY J. WALLER
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Agreement for Deed regarding property located at | 1110-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,450.00 | 1,450.00 | 1,450.00 |
| BRADLEY J. WALLER | 2200-000 | N/A | 106.80 | 106.80 | 106.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 5.27 | 5.27 | 5.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,562.07 | 1,562.07 | 1,562.07 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-000 | N/A | 3,007.90 | 3,007.90 | 222.96 |
| 2 | Archer Bank | 7100-000 | N/A | 8,570.79 | 8,570.79 | 635.32 |
| 3 | American InfoSource LP as agent for WFNNB | 7100-000 | N/A | 591.19 | 591.19 | 43.82 |
| 4 | American InfoSource LP as agent for WFNNB | 7100-000 | N/A | 1,252.66 | 1,252.66 | 92.86 |
| 5 | American InfoSource LP as agent for WFNNB | 7100-000 | N/A | 1,732.98 | 1,732.98 | 128.46 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,645.19 | 1,645.19 | 121.95 |
| 7 | Capital One,N.A | 7100-000 | N/A | 3,384.16 | 3,384.16 | 250.86 |
| 8 | TARGET NATIONAL BANK | 7100-000 | N/A | 8,052.11 | 8,052.11 | 596.87 |
| 9 | American Express Bank, FSB | 7100-000 | N/A | 13,599.69 | 13,599.69 | 1,008.09 |
| 10 | Sallie Mae | 7100-000 | N/A | 906.88 | 906.88 | 67.22 |
| 11 | Discover Bank | 7100-000 | N/A | 11,963.24 | 11,963.24 | 886.79 |
| 12 | Capital Recovery III LLC | 7100-000 | N/A | 577.40 | 577.40 | 42.80 |
| 13 | GE Money Bank | 7100-000 | N/A | 802.08 | 802.08 | 59.46 |
| 14 | GE Money Bank | 7100-000 | N/A | 2,141.63 | 2,141.63 | 158.75 |
| 15 | GE Money Bank | 7100-000 | N/A | 10,251.30 | 10,251.30 | 759.89 |
| 16 | GE Money Bank | 7100-000 | N/A | 1,075.80 | 1,075.80 | 79.75 |

**UST Form 101-7-TDR (10/1/2010)**

| 17 | GE Money Bank | 7100-000 | N/A | 3,805.36 | 3,805.36 | 282.08 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 73,360.36 | 73,360.36 | 5,437.93 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-10655  
**Case Name:** LEONARD, TAMARA LEE  
**Period Ending:** 11/10/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 03/15/11 (f)  
**§341(a) Meeting Date:** 04/13/11  
**Claims Bar Date:** 07/15/11

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Agreement for Deed regarding property located at | 115,000.00 | 0.00 | DA | 7,000.00 | FA |
| 2 | Timeshare in Vail, Colorado, Leonard | 250.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank account with State Bank of Illinois - Moken | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc Household Goods & Furnishings | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc Books & Pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Ford Freestyle - held in j/t with non-filin | 3,525.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2005 Ford Mustang - held in j/t with non-filing | 5,412.50 | 0.00 | DA | 0.00 | FA |
| 11 | 1997 Ford Pickup Truck - does not run | 150.00 | 0.00 | DA | 0.00 | FA |
| 12 | Computer | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.00 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$126,587.50** | **$0.00** | | **$7,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011    **Current Projected Date Of Final Report (TFR):**   September 2, 2011  (Actual)

Printed: 11/10/2011 11:43 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-10655  
**Case Name:** LEONARD, TAMARA LEE  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-65 - Money Market Account  

**Taxpayer ID #:** **-***0499  
**Period Ending:** 11/10/11  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/11 | {1} | State Bank of Illinois | Compromise per court order of May 6, 2011 | 1110-000 | 7,000.00 | | 7,000.00 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 7,000.00 |
| 07/18/11 | | To Account #9200******7566 | | 9999-000 | | 7,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,000.00 | 7,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,000.00 | |
| | | | **Subtotal** | | 7,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,000.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/10/2011 11:43 AM V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-10655  
**Case Name:** LEONARD, TAMARA LEE  
**Taxpayer ID #:** **-***0499  
**Period Ending:** 11/10/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/11 | | From Account #9200******7565 | | 9999-000 | 7,000.00 | | 7,000.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.27 | 6,994.73 |
| 09/30/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $106.80, Trustee Expenses;  Reference: | 2200-000 | | 106.80 | 6,887.93 |
| 09/30/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,450.00, Trustee Compensation;  Reference: | 2100-000 | | 1,450.00 | 5,437.93 |
| 09/30/11 | 103 | Nordstrom fsb | Dividend paid   7.41% on $3,007.90; Claim# 1; Filed: $3,007.90; Reference: | 7100-000 | | 222.96 | 5,214.97 |
| 09/30/11 | 104 | Archer Bank | Dividend paid   7.41% on $8,570.79; Claim# 2; Filed: $8,570.79; Reference: | 7100-000 | | 635.32 | 4,579.65 |
| 09/30/11 | 105 | American InfoSource LP as agent for WFNNB | Dividend paid   7.41% on $591.19; Claim# 3; Filed: $591.19; Reference: | 7100-000 | | 43.82 | 4,535.83 |
| 09/30/11 | 106 | American InfoSource LP as agent for WFNNB | Dividend paid   7.41% on $1,252.66; Claim# 4; Filed: $1,252.66; Reference: | 7100-000 | | 92.86 | 4,442.97 |
| 09/30/11 | 107 | American InfoSource LP as agent for WFNNB | Dividend paid   7.41% on $1,732.98; Claim# 5; Filed: $1,732.98; Reference: | 7100-000 | | 128.46 | 4,314.51 |
| 09/30/11 | 108 | Chase Bank USA, N.A. | Dividend paid   7.41% on $1,645.19; Claim# 6; Filed: $1,645.19; Reference: | 7100-000 | | 121.95 | 4,192.56 |
| 09/30/11 | 109 | Capital One,N.A | Dividend paid   7.41% on $3,384.16; Claim# 7; Filed: $3,384.16; Reference: | 7100-000 | | 250.86 | 3,941.70 |
| 09/30/11 | 110 | TARGET NATIONAL BANK | Dividend paid   7.41% on $8,052.11; Claim# 8; Filed: $8,052.11; Reference: | 7100-000 | | 596.87 | 3,344.83 |
| 09/30/11 | 111 | American Express Bank, FSB | Dividend paid   7.41% on $13,599.69; Claim# 9; Filed: $13,599.69; Reference: | 7100-000 | | 1,008.09 | 2,336.74 |
| 09/30/11 | 112 | Sallie Mae | Dividend paid   7.41% on $906.88; Claim# 10; Filed: $906.88; Reference: | 7100-000 | | 67.22 | 2,269.52 |
| 09/30/11 | 113 | Discover Bank | Dividend paid   7.41% on $11,963.24; Claim# 11; Filed: $11,963.24; Reference: | 7100-000 | | 886.79 | 1,382.73 |
| 09/30/11 | 114 | Capital Recovery III LLC | Dividend paid   7.41% on $577.40; Claim# 12; Filed: $577.40; Reference: | 7100-000 | | 42.80 | 1,339.93 |
| 09/30/11 | 115 | GE Money Bank | Dividend paid   7.41% on $802.08; Claim# 13; Filed: $802.08; Reference: | 7100-000 | | 59.46 | 1,280.47 |
| 09/30/11 | 116 | GE Money Bank | Dividend paid   7.41% on $2,141.63; Claim# 14; Filed: $2,141.63; Reference: | 7100-000 | | 158.75 | 1,121.72 |
| 09/30/11 | 117 | GE Money Bank | Dividend paid   7.41% on $10,251.30; Claim# 15; Filed: $10,251.30; Reference: | 7100-000 | | 759.89 | 361.83 |
| 09/30/11 | 118 | GE Money Bank | Dividend paid   7.41% on $1,075.80; Claim# 16; Filed: $1,075.80; Reference: | 7100-000 | | 79.75 | 282.08 |
| 09/30/11 | 119 | GE Money Bank | Dividend paid   7.41% on $3,805.36; Claim# 17; | 7100-000 | | 282.08 | 0.00 |

Subtotals :   $7,000.00   $7,000.00

{} Asset reference(s)

Printed: 11/10/2011 11:43 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-10655  
**Case Name:** LEONARD, TAMARA LEE  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-66 - Checking Account  

**Taxpayer ID #:** **-***0499  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Period Ending:** 11/10/11  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $3,805.36; Reference: | | | | |
| | | | **ACCOUNT TOTALS** | | 7,000.00 | 7,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 7,000.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $7,000.00 | |

Net Receipts : 7,000.00  
Net Estate : $7,000.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******75-65** | 7,000.00 | 0.00 | 0.00 |
| **Checking # 9200-******75-66** | 0.00 | 7,000.00 | 0.00 |
| | $7,000.00 | $7,000.00 | $0.00 |

{} Asset reference(s)                    Printed: 11/10/2011 11:43 AM    V.12.57